UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY, and GEICO
CASUALTY COMPANY,

                                 Plaintiffs,         Docket No.: 1:22-cv-02867
                                                             (KAM)(MMH)

     -against-

HEALTH CHOICE PHARMACY, INC.,
AFFINITY RX, INC., D/B/A AFFINITY PHARMACY,
and ALBERT YAKUBOV,

                                 Defendants.
-----------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively, the "Plaintiffs"), and Defendants, Health Choice Pharmacy, Inc., Affinity Rx, Inc. d/b/a Affinity Pharmacy, and Albert Yakubov, (collectively, the "Defendants"), that all claims in this action asserted by Plaintiffs against the Defendants are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41.

Dated: February 1, 2023

| | |
|---|---|
| RIVKIN RADLER LLP | PINCZEWSKI & SHPELFOGEL, P.C. |
| By: /s/ Jennifer Abreu | By: _____ |
|     Michael A. Sirignano, Esq. |     Benjamin Pinczewski, Esq. |
|     Jennifer Abreu, Esq. | 2753 Coney Island Avenue, 2nd Floor |
| 926 RXR Plaza | Brooklyn, New York 11235 |
| Uniondale, New York 11556-0926 | (718) 891-8200 |
| (516) 357-3000 | |
| *Counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company* | *Counsel for Defendants Albert Yakubov, Health Choice Pharmacy, Inc. and Affinity Rx, Inc. d/b/a Affinity Pharmacy* |